No. 415. PARKER *v.* VIRGINIA, *ante,* p. 887;

No. 428. BROWN *v.* HARDIN ET AL., *ante,* p. 909;

No. 344, Misc. SCOTT *v.* HUNT OIL CO., *ante,* p. 891;

No. 623, Misc. RESTREPO *v.* FLORIDA SUPREME COURT, *ante,* p. 918; and

No. 752, Misc. JAKALSKI *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL., *ante,* p. 922. Petitions for rehearing denied.

No. 391. FITZGERALD ET AL. *v.* FREEMAN ET AL., *ante,* p. 875. Motion to stay effectiveness of order denying certiorari denied. Petition for rehearing denied.

No. 632. ALEXANDER ET AL. *v.* HOLMES COUNTY BOARD OF EDUCATION ET AL., *ante,* p. 19. Petition for rehearing, or in the alternative, clarification of judgment, denied.

DECEMBER 9, 1969

No. 457. RADERMAN *v.* KAINE ET AL. C. A. 2d Cir. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *William M. Kunstler* and *Michael J. Kunstler* for petitioner. *Solicitor General Griswold* for respondents.

DECEMBER 15, 1969

No. ——. BYRNE, DISTRICT ATTORNEY OF SUFFOLK COUNTY *v.* KARALEXIS ET AL. D. C. Mass. Motion for stay of temporary injunction issued by United States District Court for the District of Massachusetts presented to MR. JUSTICE BRENNAN, and by him referred to the Court, granted pending timely filing and disposition of an appeal. Should such an appeal not be filed,